In the Matter of the Application of WALTER T. STERN, Respondent, for an Order for the Inspection of the Stockbook of the Preferred Stockholders of UNITED STATES PLYWOOD CORPORATION, Appellant, Pursuant to Article 78 of the C. P. A. — Order unanimously affirmed, with twenty dollars costs and disbursements.

No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.